**Administrative Offices**
6303 Blue Lagoon Drive, Suite 225
Miami, FL 33126
(305) 266-5665

August 28, 2012



PENNY BRADLEY
165 CHAPEL RD #1B
STANLEY, VA 22851

LETTER SENT BY CERTIFIED MAIL:

Re: Service Contract Number:  60 V   0023025245

Dear PENNY BRADLEY

This letter serves to inform you that the vehicle listed on the Vehicle Service Agreement captioned above, is ineligible under our Company's Underwriting Guidelines and was issued in error.

Regrettably, your contract has been voided due to the following:

This vehicle model is ineligible for coverage.

Please contact your selling dealership with any questions.  We apologize for any inconvenience caused by this error.


Sincerely yours,

Underwriting Department



Cac Loan #48860171



cc: WYNNS EXTENDED CARE   (DIRECT SALES)

   ARMSTRONG AUTO SALES INC
   1370 N MAIN ST
   HARRISONBURG, VA 22802

EXHIBIT 3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Penny L. Bradley ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Penney Bradley<br>65 Chapel Rd. #1B<br>Stanley, VA 22851<br>CO 60 CAC 8/12 # 23025245 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7011 3500 0003 4650 2221 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

English    Customer Service    USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70113500000346502221

Requested label is archived.
Restore Archived Details ›

## Product & Tracking Information

**Available Options**

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 8, 2012, 10:31 am | Delivered | STANLEY, VA 22851 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

LEGAL                ON USPS.COM                          ON ABOUT.USPS.COM        OTHER USPS SITES
Privacy Policy ›     Government Services ›                About USPS Home ›         Business Customer Gateway ›
Terms of Use ›       Buy Stamps & Shop ›                  Newsroom ›                Postal Inspectors ›
FOIA ›               Print a Label with Postage ›         USPS Service Alerts ›     Inspector General ›
No FEAR Act EEO Data › Customer Service ›                 Forms & Publications ›    Postal Explorer ›
                     Delivering Solutions to the Last Mile › Careers ›
                     Site Index ›

USPS.COM | Copyright© 2013 USPS. All Rights Reserved.