IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONSBURG DIVISION

| | | |
|---|---|---|
| WYNN'S EXTENDED CARE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 5:13-cv-00114 |
| | ) | |
| v. | ) | |
| | ) | |
| PENNY L. BRADLEY, | ) | By: Hon. Michael F. Urbanski |
| | ) | United States District Judge |
| Defendant. | ) | |
| | ) | |

## ORDER

In accordance with the Memorandum Opinion entered this day, Wynn's Extended Care, Inc.'s Motion to Dismiss (Dkt. No. 18) is hereby **DENIED**.

The Clerk is directed to send copies of this Order to all counsel of record.

Entered: May 23, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge