**Administrative Offices**
6303 Blue Lagoon Drive, Suite 225
Miami, FL 33126
(305) 266-5665

August 28, 2012

PENNY BRADLEY

LETTER SENT BY CERTIFIED MAIL:

Re: Service Contract Number: 60 V 0023025245

Dear PENNY BRADLEY

This letter serves to inform you that the vehicle listed on the Vehicle Service Agreement captioned above, is ineligible under our Company's Underwriting Guidelines and was issued in error.

Regrettably, your contract has been voided due to the following:

This vehicle model is ineligible for coverage.

Please contact your selling dealership with any questions. We apologize for any inconvenience caused by this error.

Sincerely yours,

Underwriting Department


Cac Loan #48860171


cc: WYNNS EXTENDED CARE   (DIRECT SALES)

   ARMSTRONG AUTO SALES INC
   1370 N MAIN ST
   HARRISONBURG, VA 22802



EXHIBIT
Bradley #3
8-29-14 KC