| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>1. Article Addressed to:<br><br>Penney Bradley<br>[redacted]<br>CO 60 CAC 8/12 # 23025245 | A. Signature<br>X *Penny A. Bradley* ☐ Agent ☐ Addressee<br><br>B. Received by ( Printed Name )    C. Date of Delivery<br>Penny A. Bradley<br><br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

2. Article Number: 7011 3500 0003 4650 2221

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

English    Customer Service    USPS Mobile      Register / Sign In



Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking # Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Call USPS Inc.
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 70113500000346502221**

Requested label is archived.
Restore Archived Details ›

## Product & Tracking Information

**Available Options**

**Postal Product:**    **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 6, 2012, 10:31 am | Delivered | STANLEY, VA 22851 |

## Track Another Package

What's your tracking (or receipt) number?

Track It

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**USPS.COM** | Copyright© 2013 USPS. All Rights Reserved.