# Harrisonburg

www.harrisonburgautomall.com

We treat you right.

## Honda
2675 S. Main Street
Harrisonburg, VA 22801



Phone: (540) 433-1467
1-800-433-1987

| CUSTOMER NO. 112925 | ADVISOR PAUL | TAG NO. 1010 | | INVOICE DATE 02/22/13 | INVOICE NO. HOCS224474 |
|---|---|---|---|---|---|
| PENNY BRADLEY | LABOR RATE | LICENSE NO. PH1236 | MILEAGE 128,997 | COLOR SILVER/ | STOCK NO. PH1236 |
| | YEAR / MAKE / MODEL 07/HONDA/CIVIC HYBRID/4DR SDN HYB CV | | | DELIVERY DATE 05/04/12 | DELIVERY MILES 108,238 |
| | VEHICLE I.D. NO. J H M F A 3 6 2 5 7 S 0 1 0 5 6 8 | | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | P.O. NO. | | R.O. DATE 02/22/13 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | |

```
LABOR & PARTS------------------------------------------------
J# 1  03HOZCEL       *CHECK ENGINE LIGHT  HOURS:        TECH(S):890                64.95
           CUST STATES THE CHECK ENGINE LIGHT IS COMING ON
           LIGHT IS NOT CURENTLY ON
           TECH FOUND CODE P0A7F - SEVERE BATTERY PACK DETERIORATION
           ESTIMATE TO REPLACE BATTERY IS 2423.34 PLUS TAX

                                    JOB #  1 TOTAL LABOR & PARTS             64.95
------------------------------------------------------------
J# 2  01HOZGC      GENERAL CHECKOVER    HOURS:        TECH(S):890                 0.00
           CUST STATES TO PLEASE GIVE THE VEHICLE A GENERAL LOOKOVER
           DURING CHECKOVER TECH FOUND CABIN AIR FILTER NEEDED TO BE
           REPLACED. RIGHT FRONT INNER TIE ROD HAS PLAY, ALL FOUR TIRES
           SHOULD BE REPLACED SOON AND SHOW WEAR THAT COULD BE AN
           ALIGNMENT ISSUE, FRONT COMPLIANCE BUSHINGS ARE STARTING TO
           TEAR

                                    JOB #  2 TOTAL LABOR & PARTS              0.00
TOTALS ------------------------------------------------------
*************************************************
*                                                *   TOTAL LABOR....    64.95
* [ ] CASH      [X] CHECK    CK NO. [ 2202 ] *   TOTAL PARTS....     0.00
*                                                *   TOTAL SUBLET...     0.00
* [ ] VISA      [ ] MASTERCARD    [ ] DISCOVER *   TOTAL G.O.G....      0.00
*                                                *   TOTAL MISC CHG.     0.00
*       [ ] OTHER        [ ] CHARGE            *   TOTAL MISC DISC     0.00
*                                                *   TOTAL TAX......     0.00
*************************************************                   --------
                                                   TOTAL INVOICE $    64.95

THANK YOU FOR YOUR BUSINESS!!
EXCELLENT SERVICE IS OUR MISSION!


         CUSTOMER SIGNATURE
```

### TERMS: STRICTLY CASH
### UNLESS ARRANGEMENTS MADE

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

### DISCLAIMER OF WARRANTIES
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

WE WANT
AND APPRECIATE YOUR BUSINESS!

EXHIBIT
Bradley #5
8-29-14 RC

Please see reverse side for survey description.

Case 5:13-cv-00114-MFU-JGW   Document 60-9   Filed 09/17/14   Page 1 of 1   Pageid#: 501