

February 15, 2013

PENNY L BRADLEY
165 CHAPEL RD
1 B
STANLEY, VA 22851

Dear PENNY L BRADLEY:

Enclosed you will find the account information you requested. If you have any questions, please contact Credit Acceptance at (800) 634-1506.

Sincerely,

*Operations Support Department*

Operations Support Department
Credit Acceptance Corporation



**PENNY L BRADLEY**                                                    2/15/2013

**Account:**       **48860171**

**Initial Balance:**   **08/21/2012**       **$22,910.01**

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 01/20/2013 | DIRECT PAYMENT | -401.93 | 18,186.68 |
| 01/04/2013 | DIRECT PAYMENT | -401.93 | 18,588.61 |
| 11/20/2012 | DIRECT PAYMENT | -401.93 | 18,990.54 |
| 10/20/2012 | DIRECT PAYMENT | -401.93 | 19,392.47 |
| 09/20/2012 | DIRECT PAYMENT | -401.93 | 19,794.40 |
| 08/31/2012 | WARRANTY CANCELLATION | -2,713.68 | 20,196.33 |