# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **WYNN'S EXTENDED CARE, INC.** | Action No: 5:13CV00114 |
| | Date: 10/7/2014 |
| vs. | Judge: Michael F. Urbanski, USDJ |
| | Court Reporter: Sonia Ferris |
| **PENNY L. BRADLEY** | Deputy Clerk: Jody Turner |

Plaintiff Attorney(s)              Defendant Attorney(s)
Virgiina Sadler                    Timothy Cupp & Thomas Domonoske

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:              DEFENDANT:
1.                                 1.


PROCEEDINGS:
Denovo Review of ruling by MJ [52]; Motion to Seal [65]; Motion for Protective Order [67]; Moton for Sanctions [71];

Court wants to know why a case of about a electric battery has turned into a nationwide discovery case.
Parties argue.
Court orders [54] that Wynn is noticed to provide the ineligible vehicles nationswide for 2010, 2011 & 2012.
No protective order or under seal.
Motion to Seal [65]. Court denies the motion to seal.
Court wants Wynn to produce the entire contact unredacted in camera by emailing to the court ECF.
Court denies Motion for Protective Order [67].
Motion for Sanctions [71] – Court is requiring plaintiff to make available for inspection the original of the contract between of Wynn & Armstrong.  Court wants produced the form of the contract that Wynn used 5 years back before 2012.  Produce any verision of the Wynn Care original 4/4/2012 document, the form of this Wynn form going back to 2007 within 10 days, with dealer costs and rate chart, if applicable, produced per protective order.

Court directs Wynn to produce certain documents in camera.
Court will allow plaintiff to respond to Motion for Santions [76] & Motion to Amend [81].

Time in Court:   8:30 – 9:33