UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

WYNN'S EXTENDED CARE, INC.,
    Plaintiff and Counter-defendant

v.     Case Number: 5:13-cv-00114

PENNY L. BRADLEY,
    Defendant and Counter-plaintiff.

## DECLARATION OF PENNY L. BRADLEY

I, Penny L. Bradley, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct:

1. I reside in Stanley, Virginia.

2. I am the counterclaim plaintiff in this lawsuit and am over the age of 18. The statements made in this Declaration are based on my personal knowledge.

3. I learned in February 2013 that I had not received a warranty I had paid for when I bought the Honda Civic which is the subject of this lawsuit. As a result, I called Credit Acceptance Corporation in February 2013. I spoke with an account representative and asked for a printout on my loan account.

4. Shortly after the telephone call with Credit Acceptance Corporation, I received an account statement dated February 15, 2013 in the mail on Credit Acceptance letterhead and in an envelope with a Credit Acceptance return address. A true and accurate copy of what I received in the envelope from Credit Acceptance Corporation is attached hereto marked Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harrisonburg, Virginia this 14th day of October, 2014.

*Penny L. Bradley*
Penny L. Bradley

1



February 15, 2013

Account: 48860171

PENNY L BRADLEY
165 CHAPEL RD
1 B
STANLEY, VA 22851

Dear PENNY L BRADLEY:

Enclosed you will find the account information you requested. If you have any questions, please contact Credit Acceptance at (800) 634-1506.

Sincerely,

*Operations Support Department*

Operations Support Department
Credit Acceptance Corporation

**EXHIBIT**

I



**PENNY L BRADLEY**　　　　　　　　　　　　　　　　　　　　　　　　　　　2/15/2013
**Account:**　　48860171
**Initial Balance:**　08/21/2012　　$22,910.01

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/20/2013 | DIRECT PAYMENT | -401.93 | 18,186.68 |
| 01/04/2013 | DIRECT PAYMENT | -401.93 | 18,588.61 |
| 11/20/2012 | DIRECT PAYMENT | -401.93 | 18,990.54 |
| 10/20/2012 | DIRECT PAYMENT | -401.93 | 19,392.47 |
| 09/20/2012 | DIRECT PAYMENT | -401.93 | 19,794.40 |
| 08/31/2012 | WARRANTY CANCELLATION | -2,713.68 | 20,196.33 |