1  ERRATA SHEET

2  IN RE: WYNN'S ENTENDED CARE INC. VS PENNY L. BRADLEY

3  CASE NO. 5:13 CV-00114

4  ******************************************************

5  Please read the transcript of your deposition and

6  make note of any errors in the transcription on the

7  page.

8  DO NOT mark on the transcript itself. Please sign

9  and  date the transcript.

10  Please return both Errata Sheet and transcript to:

11  Downtown Reporting
    200 South Andrews Avenue Suite
12  Fort Lauderdale, Florida 33301

13  (954) 522-3376

14  Page/Line Number    Error/Amendment    Reason for change

15  _Please see the attached spreadsheet with_

16  _my clarifications_

17

18

19

20

21

22

23  Signature (Witness): _[signature]_    Date _10/20/14_

24

25

| Page 137/Line 21-22 | The dealer is a vendor of Wynn's that provides certain information of its customers with information on Wynn's service contract and application if the consumer wants one. It would be the sole decision of the dealer and CAC whether or not to cancel the sale of the car. Wynn's role was only with regards to the service contract application, which was voided in this case because the vehicle was ineligible. | |
|---|---|---|
| Page 139/Line 5-14 | | Clarification of answer; was confused by wording of question in context. |