

Confidential Material
Under Protective Order

Wynn's 000005

EXHIBIT 16

Case 5:13-cv-00114-MFU-JGW   Document 108-5   Filed 10/28/14   Page 1 of 2   Pageid#: 1333

