IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| WYNN'S EXTENDED CARE, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 5:13cv00114 |
| v. | ) | |
| | ) | By: Michael F. Urbanski |
| PENNY L. BRADLEY, | ) | United States District Judge |
| Defendant. | ) | |

## ORDER

This matter is before the court on the parties' cross motions for summary judgment. A hearing was held on November 6, 2014. For the reasons stated on the record in open court, Penny L. Bradley's motion for partial summary judgment (Dkt. # 55) is **DENIED**, Wynn's Extended Care's motion for summary judgment (Dkt. # 59) is **GRANTED**, Bradley's motion for leave to file an amended answer and counterclaim with new allegations (Dkt. # 81) is **DENIED**, and all remaining motions on the docket are **DENIED as moot**. This case is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: November 6, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge