FILED: August 19, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2334
(5:13-cv-00114-MFU-JGW)

_____

WYNN'S EXTENDED CARE, INC.

    Plaintiff - Appellee

v.

PENNY L. BRADLEY

    Defendant - Appellant

_____

O R D E R

_____

Costs for these proceedings are taxed and certified in the amount of $ 86.40, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk